UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOE HAND PROMOTIONS, INC.,

                Plaintiff,

- against -

MARCUS RIVERA, individually and d/b/a
BUGSY'S BARBER SHOP, and BUGSY'S
BARBER SHOP,

                Defendants.
-------------------------------------------------------------X

**ORDER**

1:06-cv-1553-ENV-VVP

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 14 2006 ★
P.M. _____
TIME A.M. _____

VITALIANO, D.J.

The Court having been advised by plaintiff's counsel that it has settled and compromised this action as against the defendant and that no party named is an infant or incompetent,

Further, the Court having been advised that the settlement is upon the agreement of the parties to enter into a payment plan by which defendant will make agreed payments over a period of time not to exceed January 6, 2008,

Therefore it is **ORDERED** and **ADJUDGED** that this action is discontinued without cost and with prejudice. The Clerk of the Court is directed to close this case. In the event of a default under the payment plan by defendant, plaintiff is granted leave to reopen this case, restore it to the docket and reinstate its claim against defendant, less any amounts actually paid by defendant under the payment plan.

Dated: Brooklyn, New York
         June 13, 2006

s/ENV

_____
ERIC N. VITALIANO
United States District Judge